

ORIGINAL

**FILED**

07/27/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0251

# IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0251

_____

DAVID RAFES,

     Plaintiff and Appellant,

v.

JOSH McMILLAN and RICK DAWSON,

     Defendants and Appellees.

_____

**FILED**

JUL 27 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

     Upon consideration of Appellant's motion for extension of time, and good cause appearing,

     IT IS HEREBY ORDERED that Appellant has until September 7, 2021, within which to file his opening brief.

     No further extensions will be granted unless Appellant advises the Court whether there is an objection to the motion.

     DATED this 27 day of July, 2021.

          For the Court,

          _____
                    Chief Justice